UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Joseph Antonetti,<br><br>    Plaintiff<br><br>vs.<br><br>S.L. Foster *et al.*,<br><br>    Defendants | 3:14-cv-0495-JAD-VPC<br><br>**Order**<br>[#6] |

After District Judge Jones dismissed this case with leave to amend,[1] plaintiff Joseph Antonetti filed a handful of motions, including a motion to recuse Judge Jones.[2]

On June 17, 2015, Judge Jones recused himself from this action without addressing the recusal motion, and this case was reassigned to District Judge Dorsey,[3] mooting the plaintiff's recusal request.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for a change of venue or recusal **[Doc. 6] is DENIED** as moot. All other pending motions will be addressed in due course.

Dated this 1st day of July, 2015.

_____
Jennifer A. Dorsey
United States District Judge

Clerk to send copy to:

Joseph Antonetti
80590
High Desert State Prison
P.O. Box 650
Indian Springs, NV 89070-0650

---

[1] Doc. 3.

[2] Doc. 6.

[3] Docs. 12, 13.