# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH ANTONETTI,<br><br>        Plaintiff,<br><br>v.<br><br>S.L. FOSTER et al.,<br><br>        Defendants. | Case No. 3:14-cv-00495-JAD-VPC<br><br>**Order** |

      On October 22, 2015, this court dismissed this case without prejudice due to plaintiff's failure to file a second amended complaint as directed by this court's previous order. (ECF 21 at 5). The court certified that any *in forma pauperis* appeal from that order would be taken in good faith as contemplated by 28 U.S.C. § 1915(a)(3). (*Id.*).

      On November 3, 2015, plaintiff filed a notice of appeal. (ECF 23). On November 4, 2015, the Ninth Circuit issued an order referring the matter back to this court for the limited purpose of determining whether *in forma pauperis* status should continue on appeal or whether the appeal is frivolous or taken in bad faith. (ECF 25 at 1).

///

///

///

This court reaffirms that plaintiff's *in forma pauperis* status should continue on appeal.

Dated:  November 17, 2015.

_____
Jennifer Dorsey
United States District Judge